IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KELLY TROY COOLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 06-178 Erie |
| ) | Magistrate Judge Baxter |
| COUNTY EXECUTIVE MARK ) | |
| DELVECCHIO AND ERIE COUNTY, ) | |
| PENNSYLVANIA ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff Kelly Troy Cooley has filed appeals of Magistrate Judge Baxter's (1) July 23, 2007 Order denying Plaintiff's Motion to Amend/Correct (Doc. 32) and denying Plaintiff's Motion to Stay (Doc. 32); and (2) August 16, 2007 Order denying Plaintiff's Motion to Amend/Correct (Doc. 34).

The Magistrate Judge explained as to the July 23, 2007 Order that the Plaintiff may attempt to amend his complaint after exhausting his legal remedies or to bring a separate action. The August 16, 2007 Order denied another Motion to Amend/Correct (Doc. 34) which was a restatement of the already-denied Motion (Doc. 32). We see no error in the Magistrate Judge's Orders.

The following Order is therefore entered.

AND NOW, to-wit, this **30th** day of August, 2007, it is hereby ORDERED, ADJUDGED, and DECREED that Plaintiff's Appeal of the Magistrate Judge's Order of July

23, 2007 (Doc. 35) and Plaintiff's Appeal of the Magistrate Judge's Order of August 16, 2007 (Doc. 39) be and hereby are DENIED.

*Maurice B. Cohill Jr.*
Maurice B. Cohill, Jr.
Senior United States District Judge

cc:    Kelly Troy Cooley, pro se
        Counsel of Record