IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KELLEY TROY COOLEY, )
          Plaintiff, )
v. ) C.A. No. 06-178 ERIE
)
COUNTY EXECUTIVE MARK DIVECCHIO, )
et al, )
          Defendants. )

## MEMORANDUM ORDER

Plaintiff's complaint was received by the Clerk of Court on August 9, 2006, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's report and recommendation, filed on November 12, 2009, recommended that the motion for summary judgment filed by Defendant Erie County (Doc. #116) be granted. The parties were allowed ten (10) days from the date of service to file objections. Objections were filed by the Plaintiff on December 11, 2009. After de novo review of the pleadings and documents in the case, together with the report and recommendation and objections thereto, the following order is entered:

AND NOW, this 4th day of January, 2010;

IT IS HEREBY ORDERED that the Motion for Summary Judgment filed by Defendant Erie County (Document #116) is GRANTED.

The report and recommendation of Magistrate Judge Baxter, dated November 12, 2009, is adopted as the opinion of the court.

*Maurice B. Cohill, Jr.*
MAURICE B. COHILL, JR.
United States District Judge

cc:     Susan Paradise Baxter
        U.S. Magistrate Judge

        all parties of record